UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SANDRA CUNDIFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:06-CV-437 |
| | ) (GUYTON) |
| RODNEY D. POSTEL, Individually, and in his official capacity, BLOUNT COUNTY SHERIFF, JAMES BERRONG, Individually, and in his official capacity, and BLOUNT COUNTY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## O R D E R

For the reasons stated in the memorandum opinion filed contemporaneously with this order, it is **ORDERED** that the plaintiff's motion in limine [Doc. 31] is hereby **GRANTED in part**, to the extent that any evidence relating to the Plaintiff's blood-alcohol test results, the dismissed DUI charge, and Deputy Postel's subjective intentions or state of mind shall be excluded from evidence, and **DENIED in part**, to the extent that evidence of Plaintiff's guilty plea to Class D Felony evading arrest is relevant because of its preclusive effect and shall not be excluded. It is further **ORDERED** that the defendants' motions for summary judgment [Docs. 20, 22] are hereby **GRANTED**. Plaintiff's § 1983 claims are hereby **DISMISSED with prejudice**, while Plaintiff's state law claims are **DISMISSED without prejudice**. As there are no claims remaining, this case is hereby **DISMISSED**.

IT IS SO ORDERED.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge