UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| SANDRA CUNDIFF, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:06-CV-437 |
| | ) | (GUYTON) |
| RODNEY D. POSTEL, Individually, and in his official capacity, BLOUNT COUNTY SHERIFF, JAMES BERRONG, Individually, and in his official capacity, and BLOUNT COUNTY, | ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This action came before the Court on the motions for summary judgement [Docs. 20, 22] by defendants Rodney D. Postel and James Berrong, in both their individual and official capacities, and Blount County. The Honorable H. Bruce Guyton, United States Magistrate Judge, having rendered a decision on the defendants' motions,

It is **ORDERED and ADJUDGED**

that plaintiff Sandra R. Cundiff take nothing, that the plaintiff's federal claims be **DISMISSED with prejudice**, that the plaintiff's state law claims be **DISMISSED without prejudice**, and that this action be **DISMISSED**.

Dated at Knoxville, Tennessee, this 25th day of March, 2008.

                                                                        s/ Patricia L. McNutt
                                                                        PATRICIA L. McNUTT
                                                                        CLERK OF THE COURT